The amendments of MCR 2.516 delete provisions that now are in MCR 2.513. The amendments to 2.512 incorporate the provisions that are now in MCR 2.516.

MCR 6.414 is deleted in its entirety, having been subsumed by MCR 2.513.

The staff comment is not an authoritative construction by the Court.

A copy of this order will be given to the Secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on these proposals may be sent to the Supreme Court Clerk in writing or electronically by November 1, 2006, at P.O. Box 30052, Lansing, MI 48909, MSC_clerk@courts.mi.gov. When filing a comment, please refer to ADM File No. 2005-19. Your comments and the comments of others will be posted at www.courts.mi.gov/supremecourt/resources/administrative/index.htm.


*Rehearing denied July 12, 2006:*

JOLIET v PITONIAK, No. 127175; reported at: 475 Mich 30.


*Order Entered July 20, 2006:*

PROPOSED AMENDMENT OF RULE 3.921 OF THE MICHIGAN COURT RULES. On order of the Court, this is to advise that the Court is considering amendments of Rule 3.921 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter also will be considered at a public hearing. The notices and agendas for public hearings are posted at www.courts.mi.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.


[The present language would be amended as indicated below:]


RULE 3.921. PERSONS ENTITLED TO NOTICE.

(A) [Unchanged.]

(B) Protective Proceedings.

(1) General. In a child protective proceeding, except as provided in subrules (B)(2) and (3), the court shall ensure that the following persons are notified of each hearing:

(a) the respondent,

(b) the attorney for the respondent,

(c) the lawyer-guardian ad litem for the child,

(d) subject to subrule (C), the parents, guardian, or legal custodian, if any, other than the respondent,

(e) the petitioner,

(f) a party's guardian ad litem appointed pursuant to these rules, ~~and~~